IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES FREDERICK WILLIAM STEHLE, III,

    Plaintiff,

v.                                                                          CASE NO. 4:12-cv-00338-MP-CAS

JAMES COKER, KENNETH S TUCKER,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 5, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Upon consideration, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is dismissed for failure to prosecute and to follow an order of the Court.

**DONE AND ORDERED** this _9th_ day of October, 2012

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge